937 A.2d 314

IN THE MATTER OF STEPHEN J. SHEINBAUM, AN
ATTORNEY AT LAW (ATTORNEY NO. 014351991).

November 13, 2007.

## ORDER

**STEPHEN J. SHEINBAUM** of EAST HILLS, NEW YORK,
who was admitted to the bar of this State in 1991, having pleaded
guilty in the United States District Court for the Eastern District
of New York to two counts of conspiracy to commit wire fraud, in
violation of 18 *U.S.C.A.* 371, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **STE-
PHEN J. SHEINBAUM** is temporarily suspended from the prac-
tice of law pending the final resolution of ethics proceedings
against him, effective immediately and until the further Order of
this Court; and it is further

ORDERED that **STEPHEN J. SHEINBAUM** be restrained
and enjoined from practicing law during the period of his suspen-
sion; and it is further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State; and it is further

ORDERED that **STEPHEN J. SHEINBAUM** comply with
*Rule* 1:20–20 dealing with suspended attorneys.